**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
:
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :  **Order Filed on October 31, 2018**
_____ :  **by Clerk**
Law Office Peter Zimnis : **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road : **District of New Jersey**
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
HEATHER PIZZA :
:
:
Debtors :
: Case No.:  18-21421
:
: Chapter 13
:
_____: Judge:  Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 31, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Heather Pizza
Case No.:  18-21421 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $100 for services rendered and expenses in the amount of $0 for a total of $100. The allowance shall be payable:

      ___x__  through the Chapter 13 Plan as an administrative priority from
              funds on hand
      _____  outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $839 per month for the remaining months to allow for payment of aforesaid fee.