| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-21421 / MBK**

Heather M Pizza

Petition Filed Date: 06/05/2018
341 Hearing Date: 07/12/2018
Confirmation Date: 10/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/31/2018 | $805.00 | 51112540 | 08/30/2018 | $805.00 | 51908420 | 10/01/2018 | $805.00 | 52736380 |
| 10/01/2018 | ($805.00) | 52736380 | 10/02/2018 | $805.00 | 52736380 | 11/01/2018 | $805.00 | 53578430 |
| 12/03/2018 | $839.00 | 54375290 | | | | | | |

**Total Receipts for the Period: $4,059.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,898.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Heather M Pizza | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | THE BANK OF NEW YORK MELLON<br>»» P/1756 W MCGALLIARD AVE/2ND MTG\CRAM BAL | Unsecured Creditors | $14,070.54 | $0.00 | $14,070.54 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $447.52 | $0.00 | $447.52 |
| 3 | SANTANDER CONSUMER USA INC dba<br>»» 2015 JEEP RENEGADE | Debt Secured by Vehicle | $43.62 | $0.00 | $43.62 |
| 4 | MTGLQ INVESTORS LP<br>»» P/1756 WEST MCGALLIARD AVE/1ST MTG/DITECH | Mortgage Arrears | $42,042.06 | $1,306.57 | $40,735.49 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 10/31/18 | Attorney Fees | $100.00 | $100.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,898.00 | Plan Balance: | $44,612.00 ** |
| Paid to Claims: | $3,781.57 | Current Monthly Payment: | $839.00 |
| Paid to Trustee: | $334.80 | Arrearages: | $34.00 |
| Funds on Hand: | $781.63 | Total Plan Base: | $49,510.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**