B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
District of New Jersey

In re  Heather M. Pizza                                    Case No.: 18-21421-MBK

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. | MTGLQ Investors, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

MTGLQ Investors, L.P.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: 3 8 2 1

Name and Address where transferee payments should be sent (if different from above):

MTGLQ Investors, L.P.
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: 3 8 2 1

Court Claim # (if known): 4-1
Amount of Claim: $ 245,992.99  (secured)
Date Claim Filed: 08/13/2018

Phone: _____
Last Four Digits of Acct #: 3 3 6 0

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Brian E. Caine, Esq.                     Date: 06/12/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing Transfer of Claim has been served on the following:

**HEATHER M PIZZA**
1756 West McGalliard Avenue
Hamilton, NJ 08610
**Debtors – Served Via Regular Mail**

**JOHN ZIMNIS**
*LAW OFFICES OF PETER E. ZIMNIS*
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, NJ 08619
**Debtor's Attorney – Served Electronically & Regular Mail**

**ALBERT RUSSO**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
**Chapter 13 Trustee-Served Electronically & Regular Mail**


Signed: /s/ Brian E. Caine     Title: Attorney     Date: June 12, 2019
Direct Telephone No. 856-985-4059     Mail, Fax or Email address:
bcaine@parkermccay.com