Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Heather M Pizza          ,          Case No.  18-21421-MBK

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  4   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          6/12/19          .

 Selene Finance LP
Name of Alleged Transferor

Address of Alleged Transferor:
 Selene Finance LP
 9990 Richmond Ave, Suite 400 South
 Houston, TX 77042

 MTGLQ Investors, LP
Name of Transferee

Address of Transferee:
 MTGLQ Investors, LP
 MTGLQ Investors, LP
 c/o Rushmore Loan Management Services
 P.O. Box 52708
 Irvine, CA 92619

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  6/12/19

Jeanne A. Naughton
**CLERK OF THE COURT**