| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Heather M Pizza<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1466<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13   6/5/18 |
| Case number: | 18–21421–MBK | Date case converted to chapter: 7   6/24/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Heather M Pizza | |
| 2. | **All other names used in the last 8 years** | fka Heather Novak | |
| 3. | **Address** | 1756 West McGalliard Avenue<br>Hamilton, NJ 08610 | |
| 4. | **Debtor's attorney**<br>Name and address | John Zimnis<br>Law Offices of Peter E. Zimnis<br>1245 Whitehorse–Mercerville Road<br>Suite 412<br>Trenton, NJ 08619 | Contact phone 609–581–9353 |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Contact phone (732) 530–5300 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 6/24/19 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 24, 2019 at 12:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/23/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                     Case No. 18-21421-MBK
Heather M Pizza                                                            Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2               Date Rcvd: Jun 24, 2019
                               Form ID: 309A               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +Heather M Pizza,    1756 West McGalliard Avenue,    Hamilton, NJ 08610-3244
517574548      +BCA Financial Services,    18001 Old Cutler Road,    Suite 462,   Re:  RWJ Hospital,
                 Miami, FL 33157-6437
517574551      +Di Tech,   2100 E. Elliot Road,    Building 94,   Tempe, AZ 85284-1806
517574554      +Kivitz McKeever Lee,    701 Market Street,   Suite 5000,    Re:  Di Tech,
                 Philadelphia, PA 19106-1541
517574555      +Lab Corp.,    PO Box 2240,   Burlington, NC 27216-2240
517574556      +Lenox Socey Wilgus,    Re:  American Trading; DC 439-16,    136 Franklin Corner Road,   Suite 110,
                 Lawrence, NJ 08648-2586
518297803      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
518297804      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619,    MTGLQ Investors, LP,    c/o Rushmore Loan Management Services 92619-2708
517574558      +Mullooly Jeffrey & Ronney,    PO Box 9036,   Re:  Bank of America;  DC 796-18,
                 Syosset, NY 11791-9036
517574559      +Pressler & Pressler,    7 Entin Road,   Re:  Midland Funding;  GEMB/GAP;,    DC 3117-18,
                 Parsippany, NJ 07054-5020
517574562      +SLS,   8742 Lucent Blvd,    Suite 300,   Highlands Ranch, CO 80129-2386
517615885      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: njbankruptcylaw@aol.com. Jun 25 2019 00:18:00      John Zimnis,
                 Law Offices of Peter E. Zimnis,    1245 Whitehorse-Mercerville Road,    Suite 412,
                 Trenton, NJ  08619
tr             +EDI: BBDATKINSON Jun 25 2019 03:48:00      Bunce Atkinson,   Atkinson & DeBartolo,
                 2 Bridge Ave., PO Box 8415,    Bldg. 2, 3rd Floor,    Red Bank, NJ 07701-8415
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2019 00:19:30      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2019 00:19:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517574547       EDI: BANKAMER.COM Jun 25 2019 03:48:00      Bank of America,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
517574549      +EDI: CAPITALONE.COM Jun 25 2019 03:48:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517671228       EDI: CAPITALONE.COM Jun 25 2019 03:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517574550      +EDI: CHRM.COM Jun 25 2019 03:48:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
517574552      +EDI: DISCOVER.COM Jun 25 2019 03:48:00      Discover,    PO Box 71084,   Charlotte, NC 28272-1084
517699031       E-mail/Text: bankruptcy.bnc@ditech.com Jun 25 2019 00:18:55      Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517574553      +EDI: RMSC.COM Jun 25 2019 03:48:00      GEMB/GAP,    PO Box 103104,   Roswell, GA 30076-9104
517574557      +EDI: MID8.COM Jun 25 2019 03:48:00      Midland Credit Mngmt,    Re:  Syncb/Gap,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
517574560      +EDI: RMCB.COM Jun 25 2019 03:48:00      Retrieval Masters Creditors Bureau,    Re:  Lab Corp,
                 4 Westchester Plaza,    Suite 110,   Elmsford, NY 10523-1615
517574561      +E-mail/Text: rwjebn@rwjbh.org Jun 25 2019 00:20:36      Robert Wood Johnson Hospital,
                 One Hamilton Health Pl.,    Attn:  Patient Accounts,    Trenton, NJ 08690-3599
517693451      +EDI: CHRM.COM Jun 25 2019 03:48:00      Santander Consumer USA Inc. d/b/a/ Chrysler Capita,
                 P.O. BOX 961275,    FORT WORTH, TX 76161-0275
517874151      +E-mail/Text: bkteam@selenefinance.com Jun 25 2019 00:18:34      Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517874152      +E-mail/Text: bkteam@selenefinance.com Jun 25 2019 00:18:34      Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042,    Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517576007      +EDI: RMSC.COM Jun 25 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jun 24, 2019
                              Form ID: 309A            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```