UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
HEATHER M. PIZZA,

Case No.: __18-21421__  
Chapter: __7__  
Judge: __KCF__

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on __September 10, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 1756 West McGalliard Avenue, Hamilton, NJ 08610 ($183,556.00)

Liens on property:
DiTech-2100 E. Elliot Road, Bldg. 94, Tempe, AZ 85284 ($244,654.00)

Kivitz McKeever Lee-701 Market Street, Ste 5000, Re: DiTech, Philadelphia, PA 19106 ($0.00)

SLS-8742 Lucent Blvd., Ste 300, Highlands Ranch, CO 80129 ($14,043.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:        Bunce D. Atkinson, Esq.
Address:     PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 18-21421-KCF
Heather M Pizza                                                    Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2           Date Rcvd: Aug 01, 2019
                              Form ID: pdf905            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db             +Heather M Pizza,    1756 West McGalliard Avenue,    Hamilton, NJ 08610-3244
cr             +MTGLQ INVESTORS, L.P.,    RAS Crane,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                DULUTH, GA 30097-8461
cr             +Santander Consumer USA Inc. dba Chrvsler Capital a,    PO Box 961278,   Ft. Worth, TX 76161-0278
517574547     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
517574548      +BCA Financial Services,    18001 Old Cutler Road,   Suite 462,   Re: RWJ Hospital,
                Miami, FL 33157-6437
517574550      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517574551      +Di Tech,   2100 E. Elliot Road,    Building 94,   Tempe, AZ 85284-1806
517574554      +Kivitz McKeever Lee,    701 Market Street,   Suite 5000,   Re: Di Tech,
                Philadelphia, PA 19106-1541
517574555      +Lab Corp.,   PO Box 2240,    Burlington, NC 27216-2240
517574556      +Lenox Socey Wilgus,    Re: American Trading; DC 439-16,    136 Franklin Corner Road,   Suite 110,
                Lawrence, NJ 08648-2586
518297803      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,   P.O. Box 52708,
                Irvine, CA 92619-2708
518297804      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,   P.O. Box 52708,
                Irvine, CA 92619,    MTGLQ Investors, LP,   c/o Rushmore Loan Management Services 92619-2708
517574558      +Mullooly Jeffrey & Ronney,    PO Box 9036,   Re: Bank of America; DC 796-18,
                Syosset, NY 11791-9036
517574559      +Pressler & Pressler,    7 Entin Road,   Re: Midland Funding; GEMB/GAP;,   DC 3117-18,
                Parsippany, NJ 07054-5020
517574562      +SLS,   8742 Lucent Blvd,    Suite 300,   Highlands Ranch, CO 80129-2386
517693451      +Santander Consumer USA Inc. d/b/a/ Chrysler Capita,    P.O. BOX 961275,
                FORT WORTH, TX 76161-0275
517615885      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 00:28:57     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 00:28:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517574549      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2019 00:35:43      Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
517671228       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2019 00:34:23
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517574552      +E-mail/Text: mrdiscen@discover.com Aug 02 2019 00:27:55     Discover,   PO Box 71084,
                Charlotte, NC 28272-1084
517699031       E-mail/Text: bankruptcy.bnc@ditech.com Aug 02 2019 00:28:30      Ditech Financial LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154
517574553      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:34:49     GEMB/GAP,   PO Box 103104,
                Roswell, GA 30076-9104
517574557      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 02 2019 00:28:52     Midland Credit Mngmt,
                Re: Syncb/Gap,   2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
517574560      +E-mail/Text: bkrpt@retrievalmasters.com Aug 02 2019 00:28:52
                Retrieval Masters Creditors Bureau,    Re: Lab Corp,   4 Westchester Plaza,   Suite 110,
                Elmsford, NY 10523-1615
517574561      +E-mail/Text: rwjebn@rwjbh.org Aug 02 2019 00:29:46     Robert Wood Johnson Hospital,
                One Hamilton Health Pl.,    Attn: Patient Accounts,   Trenton, NJ 08690-3599
517874151      +E-mail/Text: bkteam@selenefinance.com Aug 02 2019 00:28:11      Selene Finance LP,
                9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517874152      +E-mail/Text: bkteam@selenefinance.com Aug 02 2019 00:28:11      Selene Finance LP,
                9990 Richmond Ave, Suite 400 South,    Houston, TX 77042,   Selene Finance LP,
                9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517576007      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 00:35:29     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 01, 2019
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    MTGLQ INVESTORS, L.P. bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Bunce   Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              John   Zimnis    on behalf of Debtor Heather M Pizza njbankruptcylaw@aol.com.
              John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
               servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyefile@rasflaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```