| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Heather M Pizza<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1466<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21421–KCF | |

## Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heather M Pizza
fka Heather Novak

9/27/19                                                                   **By the court:**   Kathryn C. Ferguson
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                  Case No. 18-21421-KCF
Heather M Pizza                                                         Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Sep 27, 2019
                               Form ID: 318                 Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db             +Heather M Pizza,    1756 West McGalliard Avenue,    Hamilton, NJ 08610-3244
cr             +MTGLQ INVESTORS, L.P.,    RAS Crane,   10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 DULUTH, GA 30097-8461
517574548      +BCA Financial Services,    18001 Old Cutler Road,    Suite 462,   Re:  RWJ Hospital,
                 Miami, FL 33157-6437
517574551      +Di Tech,   2100 E. Elliot Road,    Building 94,    Tempe, AZ 85284-1806
517574554      +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,   Re:  Di Tech,
                 Philadelphia, PA 19106-1541
517574555      +Lab Corp.,    PO Box 2240,    Burlington, NC 27216-2240
517574556      +Lenox Socey Wilgus,    Re:  American Trading; DC 439-16,    136 Franklin Corner Road,   Suite 110,
                 Lawrence, NJ 08648-2586
518297803      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
518297804      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Masters Services,    P.O. Box 52708,
                 Irvine, CA 92619,    MTGLQ Investors, LP,   c/o Rushmore Loan Management Services 92619-2708
517574558      +Mullooly Jeffrey & Ronney,    PO Box 9036,   Re:  Bank of America;   DC 796-18,
                 Syosset, NY 11791-9036
517574559      +Pressler & Pressler,    7 Entin Road,   Re:  Midland Funding; GEMB/GAP;,    DC 3117-18,
                 Parsippany, NJ 07054-5020
517574562      +SLS,   8742 Lucent Blvd,    Suite 300,   Highlands Ranch, CO 80129-2386
517615885      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: CHRM.COM Sep 28 2019 03:33:00      Santander Consumer USA Inc. dba Chrysler Capital a,
                 PO Box 961278,   Ft. Worth, TX 76161-0278
517574547       EDI: BANKAMER.COM Sep 28 2019 03:33:00      Bank of America,   4161 Piedmont Pkwy,
                 Greensboro, NC 27410
517574549      +EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517671228       EDI: CAPITALONE.COM Sep 28 2019 03:33:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517574550      +EDI: CHRM.COM Sep 28 2019 03:33:00      Chrysler Capital,   PO Box 961275,
                 Fort Worth, TX 76161-0275
517574552      +EDI: DISCOVER.COM Sep 28 2019 03:33:00      Discover,   PO Box 71084,   Charlotte, NC 28272-1084
517699031       E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2019 23:54:58     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517574553      +EDI: RMSC.COM Sep 28 2019 03:33:00      GEMB/GAP,   PO Box 103104,   Roswell, GA 30076-9104
517574557      +EDI: MID8.COM Sep 28 2019 03:33:00      Midland Credit Mngmt,   Re:  Syncb/Gap,
                 2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
517574560      +EDI: RMCB.COM Sep 28 2019 03:28:00      Retrieval Masters Creditors Bureau,   Re:  Lab Corp,
                 4 Westchester Plaza,   Suite 110,   Elmsford, NY 10523-1615
517574561      +E-mail/Text: rwjebn@rwjbh.org Sep 27 2019 23:57:52     Robert Wood Johnson Hospital,
                 One Hamilton Health Pl.,    Attn: Patient Accounts,   Trenton, NJ 08690-3599
517693451      +EDI: CHRM.COM Sep 28 2019 03:33:00      Santander Consumer USA Inc. d/b/a/ Chrysler Capita,
                 P.O. BOX 961275,   FORT WORTH, TX 76161-0275
517874151      +E-mail/Text: bkteam@selenefinance.com Sep 27 2019 23:54:46     Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517874152      +E-mail/Text: bkteam@selenefinance.com Sep 27 2019 23:54:46     Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042,   Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517576007      +EDI: RMSC.COM Sep 28 2019 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Sep 27, 2019
                              Form ID: 318             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Brian E Caine    on behalf of Creditor   MTGLQ INVESTORS, L.P. bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          John   Zimnis    on behalf of Debtor Heather M Pizza njbankruptcylaw@aol.com.
          John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital as
           servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor   MTGLQ INVESTORS, L.P. bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Sindi   Mncina    on behalf of Creditor   MTGLQ INVESTORS, L.P. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```